

United States District Court
Eastern District of California

| Dassault Systemes Solidworks Corporation | | Case Number: | 2:22-cv-02246-WBS-KJN |

Plaintiff(s)

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Specialized Engineering; and Paul Alba

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Glenn E. Forbis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Dassault Systemes Solidworks Corporation

On     11/22/1994     (date), I was admitted to practice and presently in good standing in the
      Michigan Supreme Court     (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:     12/19/2022          Signature of Applicant: /s/ Glenn E. Forbis

**Pro Hac Vice Attorney**

Applicant's Name: Glenn E. Forbis

Law Firm Name: Harness, Dickey & Pierce, P.L.C.

Address: 5445 Corporate Drive

Suite 200

City: Troy     State: MI     Zip: 48098

Phone Number w/Area Code: (248) 641-1600

City and State of Residence:

Primary E-mail Address: gforbis@harnessip.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Edward W. Lukas, Jr.

Law Firm Name: Harrington, Foxx, Dubrow & Canter, LLP

Address: 333 South Hope Street

Suite 1000

City: Los Angeles     State: CA     Zip: 90071

Phone Number w/Area Code: (213) 489-3222     Bar #: 155214

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  December 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE